IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JUDICIAL CIVIL FORFEITURE ) | Misc. No. 22-mj-140 |
| ) | |
| PROCEEDING ) | |

**MOTION FOR LEAVE OF COURT
TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, United States of America, pursuant to Local Rule 5.1.c., respectfully requests the Court's permission to file certain document under seal, which is the Motion of the United States for Extension of Time to file Civil Forfeiture Complaint with the U.S. District Court in the Northern District of Iowa. The documents sought to be sealed contain information about an on-going criminal investigation not yet public.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/ Martin J. McLaughlin*

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

By: */s/ B. Kilburg*

MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 - 7TH Avenue SE
Cedar Rapids, IA    52401
(319) 363-6333
(319) 363-1990 - fax
Marty.McLaughlin@usdoj.gov