CAUTION - EXTERNAL:


I received  them.

Thanks

marty



-----Original Message-----
From: Jennifer Gill <Jennifer_Gill@iand.uscourts.gov>
Sent: Friday, September 9, 2022 11:50 AM
To: McLaughlin, Marty (USAIAN) <MMcLaughlin1@usa.doj.gov>
Subject: RE: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second

Here you go, Marty.

Can you please confirm you received these?

Jen

-----Original Message-----
From: McLaughlin, Marty (USAIAN) <Marty.McLaughlin@usdoj.gov>
Sent: Friday, September 9, 2022 11:16 AM
To: Jennifer Gill <Jennifer_Gill@iand.uscourts.gov>
Cc: Amy Steele <Amy_Steele@iand.uscourts.gov>
Subject: RE: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second

CAUTION - EXTERNAL:


I am not sure why Bill filed it that way and he is gone for the day.

May I check with him on Monday and get back to you?


-----Original Message-----
From: Jennifer Gill <Jennifer_Gill@iand.uscourts.gov>
Sent: Friday, September 9, 2022 11:12 AM
To: McLaughlin, Marty (USAIAN) <MMcLaughlin1@usa.doj.gov>
Cc: Amy Steele <Amy_Steele@iand.uscourts.gov>
Subject: RE: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second


-----Original Message-----
From: McLaughlin, Marty (USAIAN) <Marty.McLaughlin@usdoj.gov>

Sent: Friday, September 9, 2022 11:02 AM
To: Jennifer Gill <Jennifer_Gill@iand.uscourts.gov>
Cc: Amy Steele <Amy_Steele@iand.uscourts.gov>
Subject: RE: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second

CAUTION - EXTERNAL:


Jen.

 I can't get access to docket # 3.  What is it?

Marty




-----Original Message-----
From: Jennifer Gill <Jennifer_Gill@iand.uscourts.gov>
Sent: Friday, September 9, 2022 10:51 AM
To: McLaughlin, Marty (USAIAN) <MMcLaughlin1@usa.doj.gov>
Cc: Amy Steele <Amy_Steele@iand.uscourts.gov>
Subject: FW: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second

Quick question.

Why is the government not filing their own motion in this case -- like they did at docket #3?   This case is not sealed.

Jen Gill
Operations Administrator
U.S. District Court Northern District of Iowa
320 6th St. Room 301
Sioux City, IA 51101
Telephone: 712-233-3852
WEB: www.iand.uscourts.gov




-----Original Message-----
From: IAND_NDIA_Orders <NDIA_Orders@iand.uscourts.gov>
Sent: Friday, September 9, 2022 10:38 AM
To: Jennifer Gill <Jennifer_Gill@iand.uscourts.gov>
Subject: FW: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second




-----Original Message-----
From: Amy Steele <Amy_Steele@iand.uscourts.gov>
Sent: Friday, September 9, 2022 9:55 AM
To: IAND_NDIA_Orders <NDIA_Orders@iand.uscourts.gov>
Subject: Emailing: 22-mj-140 Proposed order second extending final, 22-mj-140 motion for extension second


Your message is ready to be sent with the following file or link attachments:

22-mj-140 Proposed order second extending final
22-mj-140 motion for extension second

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.