# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 22-mj-140-MAR |
| vs. | **ORDER** |
| 2005 Harley Davidson FXST Motorcycle, | |
| Defendant. | |

_____

Before the Court is the Government's Motion to Unseal Case, filed on November 8, 2022. (Doc. 7.) On November 9, 2022, the Government also made an oral motion seeking the filings in this matter to be unsealed and the case be closed.

**IT IS ORDERED** for good cause and the reasons stated in the Motions, the Motions are **granted.** The Clerk's Office shall unseal all pleadings in this matter. Furthermore, this matter can be closed pursuant to the Indictment filed in *United States v. Jacob Demaio*, Case No. 22-cr-1039.

**IT IS SO ORDERED** this 9th day of November, 2022.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa